IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MERNETTA E. HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV160 |
| | ) | |
| v. | ) | |
| | ) | |
| DEUTSCHE BANK, NA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of time to submit Rule 26(f) report (Filing No. 10). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the parties shall have until twenty-one days after the Court rules on defendant's motion to dismiss to file their Rule 26(f) report.

DATED this 13th day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court